Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ELIZABETH MORLOCK, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Judicial Settlement of the Accounts of SARAH L. VAN DECARR, as Executrix, etc., of GEORGE W. CROUCH, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

LEONARD, TURNBULL & JOHNSON, INC., Respondent, v. LONGINUS LOEHR and WILLIAM A. LOEHR, Appellants.— Appeal dismissed, with twenty dollars costs to respondent, upon stipulation filed.

In the Matter of the Assessment of Land of THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, for the Pavement of That Part of Mill Street, in the City of Rochester, Underneath the Overhead Bridge of Said Railroad Company.— Appeal dismissed, without costs upon stipulation filed.

MARTIN D. BUCKLEY, Respondent, v. CHARLES B. SHAFER and Others, Defendants. FRANK L. SHAPPEE, Appellant.— Motion granted and appeal dismissed, with costs.

IRA J. MILLIGAN, Respondent, v. MABLE MILLIGAN, Appellant.— Motion granted and appeal dismissed.

In the Matter of the Appointment of GEORGE A. BENTON, as Official Referee.— Hon. George A. Benton is appointed official referee, pursuant to section 115 of the Judiciary Law, as amended.*

ABEL R. MULDER, Respondent, v. U. S. SLICING MACHINE COMPANY and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Appraisal of, and Transfer Tax in, the Estate of EARL HERSCHEL BACON, Deceased, under the Acts in Relation to Taxable Transfers of Property. EUGENE M. TRAVIS, as Comptroller of the State of New York, Appellant; RUTH HARDING and Others, Respondents.— Orders modified so as to impose a tax upon the transfer of the farm of 148 acres known as the "Bragg Farm," and as so modified affirmed, without costs of this appeal to either party. All concurred, except Foote and Hubbs, JJ., who voted also to impose a tax upon the other items mentioned in the appraiser's report, except the item of $5,761.92 (Christmas gift), and checks $4,650, less a deduction of $2,800 paid to Chester M. Harding by Ruth and Mary on account of the transfer of the farm.

In the Matter of the Application of CASSIUS G. ANDREW and Others to Set Aside the Election by the Electors of the City of Corning, Steuben County, New York, of the Questions of Local Option under the City Local Option Law,† v. HERBERT S. SISSON, as State Commissioner of Excise, and Others.— Order affirmed, with costs. All concurred.

MARY LILLIS, as Administratrix, etc., Respondent, v. PENNSYLVANIA

---

* Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 115, as amd. by Laws of 1918, chap. 222.— [REP.

† See Consol. Laws, chap. 68 (Laws of 1917, chap. 624), as amd.— [REP.